# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD J. LACHANCE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No. 1:20-cv-03848-JPB-JSA |
| | ) |
| NORTHSTAR LOCATION | ) |
| SERVICES, LLC, BARCLAYS | ) |
| BANK DELAWARE, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT

COME NOW Plaintiff Richard J. LaChance ("Plaintiff") and Defendants Northstar Location Services, LLC ("Northstar") and Barclays Bank Delaware ("Barclays") (collectively "the Parties") and hereby request a stay of all deadlines in this case pending settlement, respectfully notifying the Court as follows:  The Parties have resolved the dispute between Plaintiff and Defendants.  The Parties anticipate filing a Dismissal with Prejudice within sixty (60) days of this notice.  The Parties jointly request that all pending court appearances and filing requirements, including the filing deadlines for Defendants' responsive pleadings, be stayed for sixty (60) days to consummate said settlement and that the Court set a deadline for sixty (60)

1

days from the present for filing a Dismissal with Prejudice as to Defendants.  The parties shall notify the Court of any issues consummating the settlement within sixty (60) days.

Respectfully submitted this 5th day of November, 2020.

**GORDON REES SCULLY MANSUKHANI, LLP**

 /s/ V. Phillip Hill IV
Chad A. Shultz
GA Bar No. 644440
V. Phillip Hill IV
GA Bar No. 637841
*Attorneys for Defendant Northstar Location Services, LLC*

55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, Georgia 30308
(404) 978-7324
(678) 389-8475 Fax
cshultz@grsm.com
phill@grsm.com

 /s/ Brandon K. Honsalek*
Brandon K. Honsalek
GA Bar No. 742962
*Attorney for Plaintiff*
* Signed with express permission

2194 North Road
Snellville, GA 30078
(404)913-6992
470-745-4141
brandon@honsalek.com

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

This is to certify that the foregoing document was prepared using Times New Roman, 14 point font, in accordance with Local Rule 5.1(B), and that I electronically filed same with the Clerk of Court using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

This 5th day of November, 2020.

*/s/ V. Phillip Hill IV*
V. Phillip Hill IV