UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD J. LACHANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHSTAR LOCATION SERVICES, LLC and BARCLAYS BANK DELAWARE,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.:<br>1:20-CV-03848-JPB |

## ORDER

This matter comes before the Court on the parties' Notice of Settlement and Joint Motion to Stay All Deadlines Pending Settlement [Doc. 14]. For good cause shown, the motion is **GRANTED**.

For docket management purposes, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of this case no later than sixty days from the date of this Order. Absent an extension

or further order of the Court, if no request to reopen the case within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 6th day of November, 2020.

_____
J. P. BOULEE
United States District Judge