IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD J. LACHANCE**,<br><br>    PLAINTIFF,<br><br>v.<br><br>**NORTHSTAR LOCATION SERVICES, LLC** and **BARCLAYS BANK DELAWARE**,<br><br>    DEFENDANTS. | Case No.:<br><br>1:20-CV-03848-JPB-JSA |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COMES NOW the above-named Plaintiff, by and through the undersigned counsel, and hereby gives notice of the voluntary dismissal of all claims in the above-styled action against all Defendants with prejudice.

Respectfully submitted this 14th day of December, 2020.

/s/ Brandon K. Honsalek
Brandon K. Honsalek
Georgia Bar No. 742962
Honsalek Law, LLC
2194 North Road
Snellville, GA 30078
Phone: 404-913-6992
Email: brandon@honsalek.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I electronically filed the foregoing Notice of Voluntary Dismissal using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.